RECEIVED
JAN - 8 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES FREDRICK MONETTE | DOCKET NO. 12-CV-770; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LA DEPT. OF CORRECTION, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 8th day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT